

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/10/2020

| | | |
|---|---|---|
| In re § | | |
| § | | |
| EAGLE PCO LLC, § | | No. 20-35474 |
| § | | Chapter 11 |
| *Debtor.* § | | |
| § | | |
| In re § | | |
| § | | |
| EAGLE PRESSURE CONTROL LLC, § | | No. 20-35475 |
| § | | Chapter 11 |
| *Debtor.* § | | |

**ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES AND GRANTING OTHER RELIEF**

On this day the Court considered Debtor's Expedited Motion for Joint Administration and Other Relief. (ECF no. 3). After reading the Motion and any response on file, the Court finds that both Eagle PCO LLC and Eagle Pressure Control LLC are affiliated to such an extent that the joint administration of these cases is warranted.

IT IS THEREFORE ORDERED THAT:

1. The Motion for Joint Administration of the Estates of Eagle PCO LLC (Bankruptcy no. 20-35474) and Eagle Pressure Control, LLC (Bankruptcy no. 20-35475) is granted as set forth herein.

2. The above-styled and numbered bankruptcy proceedings are consolidated for procedural purposes and shall be jointly administered.

3. The caption of the jointly administered cases shall be as follows –

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re § | | |
| § | | No. 20-35474 |
| **EAGLE PCO LLC,** *et al.*[1] § | | Chapter 11 |
| § | | Jointly Administered |
| *Debtor.* § | | |

[1] The Debtors in these Chapter 11 cases are: (a) Eagle PCO LLC (No. 20-35474) and (b) Eagle Pressure Control LLC (No. 20-35475).

4. All creditors and parties-in-interest shall file all further pleadings, reports, and notices for either of the debtors in the Jointly Administered Case.

5. The United States Trustee shall attempt to empanel one creditor's committee for the Jointly Administered Case.

6. A single disclosure statement and plan of reorganization shall be filed in the Jointly Administered Case.

7. Single monthly operating reports may be filed in the Jointly Administered Case, provided that each Debtor shall have the obligation to pay quarterly U.S. Trustee fees as required by law.

8. Notwithstanding the administrative consolidation, each Debtor may file a separate set of Schedules and a Statement of Financial Affairs in their respective cases, and creditors may file separate proofs of claims in the respective cases.

9. A docket entry, shall be entered on the docket of Eagle Pressure Control LLC (No. 20-35475) directing all further pleadings, reports, and notices, other than Schedules, a Statement of Financial Affairs, other documents the Debtor shall

file under 11 U.S.C. § 521, and Proofs of Claims shall be filed in the Jointly Administered Case.

10. Nothing contained in this Order shall be deemed or construed as directing or otherwise effectuating a substantive consolidation of these Chapter 11 cases, and this Order is without prejudice to the rights of the Debtors to seek a substantive consolidation of the respective cases.

11. Notwithstanding any bankruptcy rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

Signed: November 10, 2020

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge