IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § § | |
| **EAGLE PCO LLC,** | § § | No. 20-35474<br>Chapter 11 |
| *Debtor.* | § § | |

| | | | | |
|---|---|---|---|---|
| Judge: | Hon. Eduardo V. Rodriguez | Parties: | Eagle PCO LLC | |
| Date: | November 12, 2020 | Atty.: | William P. Haddock | |
| Time: | 2:30 p.m. | Tel.: | 713-528-8555 | |
| | | Mobile: | 713-298-2168 | |

**WITNESSES:**
• Michael Cheeseman
• Jennifer Black
• Witnesses designated by other parties
• Witnesses needed for rebuttal whose testimony cannot be reasonably anticipated prior to the hearing

Re: Emergency Motion for Entry of Order (a) Authorizing Payment of Pre-Petition Wages, Payroll Taxes, Certain Employee Benefits, and Related Expenses and (b) Directing Banks to Honor Related Pre-Petition Transfers (ECF no. 49)

## EXHIBIT LIST

| No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | Payroll Summary Report – 10/19/2020 Run | | | |
| 2 | Payroll Summary Report – 11/2/2020 Run | | | |
| 3 | Operating Account Reconciliation | | | |
| 4 | Payroll Account Reconciliation | | | |
| | Exhibits designated by other parties | | | |
| | Exhibits needed for rebuttal which cannot be reasonably identified prior to the hearing | | | |

Respectfully Submitted,

**Pendergraft & Simon, LLP**

/s/ *William P. Haddock*
William P. Haddock
Texas Bar No. 00793875
S.D.Tex. Adm. No. 19637
2777 Allen Parkway, Suite 800
Houston, Texas 77019
Tel. (713) 528-8555
Fax. (713) 868-1267

*Proposed Counsel for Eagle PCO LLC*

### Certificate of Service

I hereby certify that a true and correct copy of the above Exhibit List has been served on the following counsel/parties of record in accordance with the Fed. R. Bankr. P. 9013, BLR 9013 and local rules for ECF service on this 10th day of November 2020:

Counsel/parties appearing via ECF:

    Drew McManigle, Subchapter V Trustee
    Alicia Lenae Barcomb, Counsel for the U.S. Trustee
    Hector Duran, Counsel for the U.S. Trustee
    Office of the U.S. Trustee

/s/ *William P. Haddock*
William P. Haddock