**Fill in this information to identify the case:**

Debtor name    Eagle PCO LLC

United States Bankruptcy Court for the:   Southern District of Texas

Case number (If known):    20-35474

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**   From 01/01/2020 (MM / DD / YYYY) to Filing date | ☑ Operating a business<br>☐ Other | $ 5,663,115.22 |
| **For prior year:**   From 01/01/2019 (MM / DD / YYYY) to 12/31/2019 (MM / DD / YYYY) | ☑ Operating a business<br>☐ Other | $ 27,568,030.00 |
| **For the year before that:**   From 01/01/2018 (MM / DD / YYYY) to 12/31/2018 (MM / DD / YYYY) | ☑ Operating a business<br>☐ Other | $ 28,192,528.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**   From 01/01/2020 (MM / DD / YYYY) to Filing date | Subrent, credit card rebates, interest in | $ 55,343.00 |
| **For prior year:**   From 01/01/2019 (MM / DD / YYYY) to 12/31/2019 (MM / DD / YYYY) | Subrent, credit card rebates, interest in | $ 55,963.00 |
| **For the year before that:**   From 01/01/2018 (MM / DD / YYYY) to 12/31/2018 (MM / DD / YYYY) | Subrent, credit card rebates, interest in | $ 47,137.00 |

---

Debtor ___Eagle PCO LLC_____   Case number (if known) _20-35474_____
　　　　　Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached SOFA Part 2, Question 3<br>Creditor's name | _____<br>_____<br>_____ | $ 2,048,338.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | _____<br>_____<br>_____ | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Attached SOFA Part 2, Question 4<br>Insider's name | _____<br>_____<br>_____ | $ 66,290.91 | |
| | **Relationship to debtor**<br>_____ | | | |
| 4.2. | _____<br>Insider's name | _____<br>_____<br>_____ | $ _____ | |
| | **Relationship to debtor**<br>_____ | | | |

| Debtor | Eagle PCO LLC | Case number (*if known*) 20-35474 |
|---|---|---|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ Creditor's name | | _____ | $_____ |
| 5.2. | _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Norma Lyn Maldonado v. Chesapeake Operating, LLC, et al. | Personal injury/wrongful death | 162nd District Court | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number DC-20-06809 | | 600 Commerce, 7th Floor Dallas, TX 75202 | |
| 7.2. | Joe Eric Cabrera v. A&L Hot Oil Services, Inc., et al. | Personal injury | 192nd District Court | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number DC-20-06894 | | 600 Commerce, 7th Floor Dallas, TX 75202 | |

| Debtor | Eagle PCO LLC | | Case number (if known) | 20-35474 |
|---|---|---|---|---|
| | Name | | | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ |
| Custodian's name | Case title | Court name and address |
| | | Name |
| | Case number | |
| | | |
| | Date of order or assignment | |
| | | |

## Part 4:   Certain Gifts and Charitable Contributions

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | | $ |
| | | | | $ |
| | Recipient's relationship to debtor | | | |
| | | | | |
| 9.2. | Recipient's name | | | $ |
| | | | | $ |
| | Recipient's relationship to debtor | | | |
| | | | | |

## Part 5:   Certain Losses

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss

If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.

List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| See Attached SOFA Part 5, Question 10 | | | $ 132,481.84 |

Debtor    Eagle PCO LLC                                                    Case number *(if known)*   20-35474
         Name

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Pendergraft & Simon, LLP | | 10/30/2020 | $ 10,000.00 |
| | **Address** | | | |
| | 2777 Alllen Parkway, Suite 800 Houston, TX 77019 | | | |
| | **Email or website address** whaddock@pendergraftsimon.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

---

Debtor    Eagle PCO LLC                                       Case number *(if known)*   20-35474
       Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | See Attached SOFA Part 6, Question 13 | | _____ | $ Unknown |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| 13.2. | **Who received transfer?** _____ | | _____ | $ _____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |

---

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | 6000 Western Place<br>Suite 403<br>Fort Worth, TX 76107 | From 12/15/2017 | To 03/15/2020 |
| 14.2. | 1090 Petroleum Parkway<br>Broussard, LA 70518 | From 01/15/2018 | To 07/31/2020 |

---

Debtor   Eagle PCO LLC
_____   Case number (if known) 20-35474
         Name

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

     Yes. Does the debtor serve as plan administrator?

          ☐ No. Go to Part 10.

          ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Eagle Pressure Control 401(k) Plan | EIN: 26-3219519 |

          Has the plan been terminated?

          ☑ No

          ☐ Yes

Debtor    Eagle PCO LLC
          _____          Case number (if known) 20-35474
          Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. Amegy Bank<br>Name<br>1717 West Loop South<br>Houston, TX 77027 | XXXX–6952 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 06/29/2020 | $ 0.00 |
| 18.2. Amegy Bank<br>Name<br>1717 West Loop South<br>Houston, TX 77027 | XXXX–6947 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 06/29/2020 | $ 0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

Debtor     Eagle PCO LLC            Case number *(if known)* 20-35474
        Name

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Red Rock Production, LLC<br>Name<br>18723 Grand Harbor Pt.<br>Montgomery, TX 77356 | 3107 North County Road 1108<br>Midland, TX 79706 | 4, 24" X 10' sand separators | $ 200,000.00 |

| Part 12: | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

Debtor    Eagle PCO LLC
_____    Case number *(if known)* 20-35474
Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**
☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

|  | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ Dates business existed From _____  To _____ |
| 25.2. | _____ Name | | EIN: _____ Dates business existed From _____  To _____ |
| 25.3. | _____ Name | | EIN: _____ Dates business existed From _____  To _____ |

---

Debtor   Eagle PCO LLC
_____   Case number *(if known)* 20-35474
Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Briggs & Veselka Co. <br> Name <br> 9 Greenway Plaza, Suite 1700, Houston, TX 77046 | From 01/01/2018 <br> To 12/31/2019 |

| Name and address | Dates of service |
|---|---|
| 26a.2. Moss Adams LLP <br> Name <br> 500 Dallas St., Suite 2500, Houston, TX 77002 | From 01/01/2018 <br> To 11/06/2020 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Briggs & Veselka Co. <br> Name <br> 9 Greenway Plaza, Suite 1700, Houston, TX 77046 | From 01/01/2018 <br> To 12/31/2019 |

| Name and address | Dates of service |
|---|---|
| 26b.2. <br> Name | From _____ <br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. <br> Name | |

---

Debtor   Eagle PCO LLC
         _____   Case number (*if known*) 20-35474
         Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Zions Bancorporations, NA d/b/a Amegy Bank<br>Name<br>1717 West Loop South, Houston, TX 77027 |

| Name and address |
|---|
| 26d.2. American Express<br>Name<br>PO Box 650448, Dallas, TX 75265 |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| District manager at each location | 09/23/2019 | $ Unknown |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. Jennifer Black<br>Name<br>5808 FM 3455<br>Navasota,  77868 |

Debtor   Eagle PCO LLC
_____   Case number *(if known)* 20-35474
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| District manager at each location | 10/15/2020 | $ Unknown |

| Name and address of the person who has possession of inventory records |
|---|

27.2.   Jennifer Black
_____
Name
5808 FM 3455
Navasota,  77868

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Eagle Pressure Control, LLC | 8795 Ralston Rd., Suite 233, Arvada, CO 80002 | Managing Member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   See Attached SOFA Part 13, Question 30<br>Name | 270,977.14 | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor**<br>_____ | | _____ | |

Debtor  Eagle PCO LLC
_____
Name

Case number (if known) 20-35474
_____

---

|  | **Name and address of recipient** | | |
|---|---|---|---|
| 30.2 | _____ | | _____ |
|  | Name | | _____ |
|  |  | | _____ |
|  |  | | _____ |
|  | **Relationship to debtor** | | _____ |
|  | _____ | | |

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| Eagle Pressure Control, LLC | EIN: 82-3287609 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| Eagle Pressure Control 401(k) Plan | EIN: 26-3219519 |

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/20/2020
              _____
              MM  / DD  / YYYY

✗ *Jennifer Black*
  ─────────────────────
  EC367E838D984D9...
  Signature of individual signing on behalf of the debtor

Printed name  Jennifer Black
              _____

Position or relationship to debtor  Chief Financial Officer
                                    _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

---

Debtor Name    Eagle PCO LLC               Case number *(if known)*   20-35474

## Continuation Sheet for Official Form 207

**7) Legal Actions**

**Kevin Lee Mirelez v. A&L Hot Oil Services, Inc., et al.**

**DC-20-06884**

**Personal injury**

**192nd District Court**

**600 Commerce, 7th Floor, Dallas, TX 75202**

**Pending**

**-------**

**In re Wendland Well Cases**

**20-0286**

**Procedural matter**

**Multi-District Litigation Panel**

**PO Box 12248, Austin, TX 78711**

**Pending**

**-------**

**Omar Balboa v. A&L Hot Oil Services, Inc., et al.**

**DC-20-06888**

**Personal injury**

**192nd District Court**

**600 Commerce, 7th Floor, Dallas, TX 75202**

**Pending**

**-------**

**Grant Blake v. Eagle PCO LLC d/b/a Eagle Pressure control, LLC**

**153-318323-20**

**Employment dispute**

**153rd District Court**

**100 N. Calhoun, Fort Worth, TX 76196-0402**

**Pending**

**-------**

**Miguel Carrillo v. A&L Hot Oil Service, Inc.**

| Debtor Name | Eagle PCO LLC | Case number *(if known)* | 20-35474 |

## Continuation Sheet for Official Form 207

DC-20-06892

Personal injury

95th District Court

600 Commerce, 6th Floor, Dallas, TX 75202

Pending

-------

Linda Milanovich v. Chesapeake Operating, LLC, et al.

29969

Personal injury

335th District Court

205 E. Fox, Suite 2001, Caldwell, TX 77836

Pending

-------

Madison Hendrix v. Chesapeake Energy Corporation, et al.

DC-20-06798

Personal injury/wrongful death

298th District Court

600 Commerce, 8th Floor, Dallas, TX 75202

Pending

-------

18) Closed financial accounts

| Amegy Bank | 1717 West Loop South, Houston, TX 77027 | $0.00 |

26d) Creditors

| Ford Motor Credit | PO Box 62180, Colorado Springs, CO 82960 |
| De Lage Landen | PO Box 41602, Philadelphia, PA 19101 |
| AFCO | 5600 North River Rd., Suite 400, Rosemont, IL 60018 |
| ARI | PO Box 8500-4375, Philadelphia, PA 19178 |

DocuSign Envelope ID: CAC1D912-5533-4252-8A2B-BAEEF2681D5A

Debtor Name ___Eagle PCO LLC_____     Case number *(if known)*___20-35474_____

### Continuation Sheet for Official Form 207

**Commercial Fleet Financing, Inc.**        **PO Box 550599, Jacksonville, FL 32255**

**IPFS Corp.**                **PO Box 412086, Kansas City, MO 64141**

DocuSign Envelope ID: CAC1D912-5533-4252-8A28-BAEEE268105A

Statement of Financial Affairs

Part 2 – Certain Transfers Made Before Filing for Bankruptcy

Section 3 – Certain payments or transfers to creditors within 90 days before filing this case

**Eagle Pressure Control**
**Bank Register**
**August 6, 2020 - November 6, 2020**

| Payee | Payment | |
|---|---|---|
| Tax Agency TX Total | $24,571.70 | Sales Tax |
| V1746 FORD MOTOR CREDIT COMPANY LLC Total | $366,574.21 | Secured debt |
| V2418 POIRRIER GROUP LLC Total | $272,610.69 | other: insurance |
| V2442 AFCO INSURANCE PREMIUM FINANCE Total | $174,014.14 | other: insurance |
| V2452 AMERICAN EXPRESS Total | $146,381.88 | other: credit card |
| V2146 BLUE CROSS BLUE SHIELD Total | $142,266.48 | other: insurance |
| V1269 ABSOLUTE CONTROL LLC Total | $119,895.00 | Suppliers/Vendor |
| V1891 WDI Total | $97,512.32 | Suppliers/Vendor |
| V1797 MEYER SERVICE COMPANY Total | $66,028.26 | Suppliers/Vendor |
| V1972 COMDATA Total | $62,520.66 | other: credit card |
| V1684 BESTWAY OILFIELD Total | $57,800.00 | Suppliers/Vendor |
| V2381 ARI Total | $53,108.01 | other: fuel card |
| V1517 PB A&W PROPERTIES Total | $51,609.61 | Suppliers/Vendor |
| V2298 1189 CR EAGLE LLC Total | $49,840.00 | other: rent |
| V2121 JENNIFER K BLACK Total | $46,996.11 | other: COD purchases for continuing operations & Expense Report |
| V1740 EXTREME MACHINING SERVICES Total | $38,763.57 | Secured debt |
| V1725 DE LAGE LANDEN Total | $32,339.79 | Secured debt |
| V1314 C&W INTERNATIONAL FABRICATORS Total | $24,887.56 | Suppliers/Vendor |
| V1930 ORACLE AMERICA INC Total | $24,449.26 | other: software |
| V1662 ACME TRUCK LINE INC Total | $18,690.72 | Suppliers/Vendor |
| V1518 SRS CORPORATE ACCOMMODATIONS Total | $16,839.53 | other: rent |
| V1516 MICHAEL L CLARK Total | $16,537.78 | other: COD purchases for continuing operations & Expense Report |
| V1519 MADISON PROPERTIES LLC Total | $16,321.25 | other: rent |
| V2487 STEEL GOODE PRODUCTS LLC Total | $16,172.80 | Suppliers/Vendor |
| V2475 MIKES GATES LLC Total | $12,424.23 | Suppliers/Vendor |
| V1712 CM SERVICE CO INC Total | $12,354.00 | Suppliers/Vendor |
| V1534 PORTER HEDGES LLP Total | $12,218.98 | other: lawyer |
| V2118 IPFS CORPORATION Total | $11,782.56 | other: insurance |
| V2510 PERMIAN MACHINERY MOVERS INC Total | $11,172.50 | Suppliers/Vendor |
| V2348 CIRCLE M ENERGY SERVICES Total | $11,155.67 | Suppliers/Vendor |
| V2531 PENDERGRAFT & SIMON LLP Total | $10,000.00 | other: lawyer |
| V1748 DEARBORN NATIONAL LIFE INSURANCE COMPANY Total | $8,327.05 | other: insurance |
| V2518 OSHA Total | $7,900.00 | other: penalties/fines |
| V1371 CENTURY LINK Total | $7,345.14 | Services |
| V2339 REAGAN FARISH Total | $6,926.54 | other: expense report |

Statement of Financial Affairs

Part 2 – Certain Transfers Made Before Filing for Bankruptcy

Section 4 – Certain payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Internal ID | * | Date | Type | Document Number | Name | Memo | Amount |
|---|---|---|---|---|---|---|---|
| 671098 | * | 12/1/19 | Bill | 11-25-19 | V2121 JENNIFER K BLACK | | 809.63 |
| 693537 | * | 12/31/19 | Bill | 12-31-19 | V2121 JENNIFER K BLACK | | 2,380.15 |
| 712182 | * | 1/21/20 | Bill | 01-21-20 | V2121 JENNIFER K BLACK | | 574.83 |
| 729060 | * | 1/30/20 | Bill | 01-30-20 | V2121 JENNIFER K BLACK | | 626.62 |
| 812709 | * | 4/15/20 | Bill | 04-13-20 | V2121 JENNIFER K BLACK | | 233.54 |
| 844632 | * | 6/8/20 | Bill | 06-08-20 | V2121 JENNIFER K BLACK | | 1,500.00 |
| 847608 | * | 6/19/20 | Bill | 06-19-20 | V2121 JENNIFER K BLACK | | 1,365.32 |
| 857430 | * | 7/7/20 | Bill | 07-07-20 | V2121 JENNIFER K BLACK | | 4,533.11 |
| 863649 | * | 7/17/20 | Bill | 07-17-20 | V2121 JENNIFER K BLACK | | 1,864.57 |
| 865826 | * | 7/23/20 | Bill | 07-23-20 | V2121 JENNIFER K BLACK | | 3,678.84 |
| 869561 | * | 7/31/20 | Bill | 07-31-20 | V2121 JENNIFER K BLACK | | 855.59 |
| 874441 | * | 8/7/20 | Bill | 08-07-20 | V2121 JENNIFER K BLACK | | 5,673.75 |
| 877450 | * | 8/14/20 | Bill | 08-14-20 | V2121 JENNIFER K BLACK | | 3,628.11 |
| 880836 | * | 8/21/20 | Bill | 08-21-20 | V2121 JENNIFER K BLACK | | 5,033.21 |
| 888878 | * | 8/27/20 | Bill | 08-27-20 | V2121 JENNIFER K BLACK | | 3,688.27 |
| 888909 | * | 9/1/20 | Bill | 09-01-20 | V2121 JENNIFER K BLACK | | 1,500.00 |
| 900400 | * | 9/10/20 | Bill | 09-10-20 | V2121 JENNIFER K BLACK | | 15,977.91 |
| 903926 | * | 9/17/20 | Bill | 09-17-20 | V2121 JENNIFER K BLACK | | 3,137.15 |
| 905845 | * | 9/22/20 | Bill | 09-22-20 | V2121 JENNIFER K BLACK | | 1,833.50 |
| 911875 | * | 10/1/20 | Bill | 10-01-20 | V2121 JENNIFER K BLACK | | 4,081.78 |
| 916267 | * | 10/22/20 | Bill | 10-22-20 | V2121 JENNIFER K BLACK | | 86.84 |
| 920132 | * | 11/2/20 | Bill | 11-02-20 | V2121 JENNIFER K BLACK | | 1,500.00 |
| | | | | | | | 64,562.72 |
| | | | | | included in line 3 | | 46,996.11 |
| | | | | | | | **17,566.61** |
| Jennifer Black | | | | | | | |
| 653330 | * | 11/14/19 | Bill | 11-14-19 | V1516 MICHAEL L CLARK | | 1,200.00 |
| 656821 | * | 11/14/19 | Bill | 11-14-19a | V1516 MICHAEL L CLARK | | 2,026.85 |
| 662670 | * | 11/20/19 | Bill | 11-20-19 | V1516 MICHAEL L CLARK | | 439.06 |
| 675679 | * | 12/6/19 | Bill | 12-06-19 | V1516 MICHAEL L CLARK | | 1,500.00 |
| 677350 | * | 12/9/19 | Bill | 12-09-19 | V1516 MICHAEL L CLARK | | 2,010.20 |
| 692378 | * | 12/30/19 | Bill | 12-30-19 | V1516 MICHAEL L CLARK | | 2,485.36 |
| 690365 | * | 12/31/19 | Bill | 12-31-19 | V1516 MICHAEL L CLARK | | 3,000.00 |
| 698416 | * | 1/7/20 | Bill | 01-07-20 | V1516 MICHAEL L CLARK | | 3,180.00 |
| 704248 | * | 1/7/20 | Bill | 01-07-20A | V1516 MICHAEL L CLARK | | 3,679.58 |
| 717536 | * | 1/27/20 | Bill | 01-27-20 | V1516 MICHAEL L CLARK | | 2,013.96 |
| 729827 | * | 2/5/20 | Bill | 02-05-20 | V1516 MICHAEL L CLARK | | 3,430.18 |
| 739532 | * | 2/12/20 | Bill | 02-12-20 | V1516 MICHAEL L CLARK | | 1,455.00 |

Paying for COD transactions for the Company when we had no credit or limited credit and expense reimbursement

| Check | Date | Type | Date | Vendor | Amount | Note |
|---|---|---|---|---|---|---|
| 754727 * | 2/18/20 | Bill | 02-18-20 | V1516 MICHAEL L CLARK | 3,639.82 | |
| 766471 * | 3/2/20 | Bill | 03-02-20 | V1516 MICHAEL L CLARK | 2,702.77 | |
| 816378 * | 4/17/20 | Bill | 04-16-20 | V1516 MICHAEL L CLARK | 2,151.56 | |
| 844626 * | 6/8/20 | Bill | 06-08-20 | V1516 MICHAEL L CLARK | 2,212.41 | |
| 856823 * | 7/1/20 | Bill | 07-01-20 | V1516 MICHAEL L CLARK | 3,554.02 | |
| 862920 * | 7/17/20 | Bill | 07-17-20 | V1516 MICHAEL L CLARK | 1,193.53 | |
| 874440 * | 8/7/20 | Bill | 08-07-20 | V1516 MICHAEL L CLARK | 2,598.57 | |
| 880835 * | 8/18/20 | Bill | 08-18-20 | V1516 MICHAEL L CLARK | 727.59 | |
| 888910 * | 9/1/20 | Bill | 09-01-20 | V1516 MICHAEL L CLARK | 4,200.00 | |
| 904762 * | 9/21/20 | Bill | 09-21-20 | V1516 MICHAEL L CLARK | 1,635.83 | |
| 911874 * | 10/1/20 | Bill | 10-01-20 | V1516 MICHAEL L CLARK | 1,500.00 | |
| 916266 * | 10/23/20 | Bill | 10-23-20 | V1516 MICHAEL L CLARK | 1,375.79 | |
| 917748 * | 10/27/20 | Bill | 10-27-20 | V1516 MICHAEL L CLARK | 3,000.00 | |
| 920133 * | 11/2/20 | Bill | 11-02-20 | V1516 MICHAEL L CLARK | 1,500.00 | |
| | | | | | 58,412.08 | Paying for COD transactions for the Company |
| | | | | | 16,537.78 | when we had no credit or limited credit and |
| | | | | | **41,874.30** | expense reimbursement |
| Mike Clark | | | | Included in line 3 | | |
| 774899 * | 3/1/20 | Bill | 1103 | V1546 ASPEN ENERGY PARTNERS LLC | **6,850.00** | Reimbursement for Moss Adams Income and Franchise tax returns paid on our behalf |

Statement of Financial Affairs

Part 5 – Certain Losses

Section 10 – All losses from fire, theft, or other casualty within 1 year
before filing this case

| Date | How loss occured | Property | Insurance Proceeds Received | Year | Make | Model | License |
|---|---|---|---|---|---|---|---|
| 12/14/19 | 12/14/19 Auto Accident - rear ended semi truck- truck totaled | VIN 1FT7W2BT2KEC62608 - Insurance Total Loss | 46,343.00 | 2019 | Ford | F250 Super Duty SRW | LGJ9326 |
| 5/11/20 | 1/28 Well blowout - Auto destroyed | VIN 1FT8W3BT1JEB64498 - Insurance Total Loss | 41,642.02 | 2018 | Ford | F-350 | JYX1964 |
| 8/17/20 | 6/2/20 Auto accident - truck in river | VIN 1FT7W2BT2KEC62592 - Insurance Total Loss | 47971.96 | 2019 | Ford | F250 Super Duty SRW | LGJ9327 |
| 5/29/20 | | Various Well Head Intervention Equipment and | 75,000.00 | See list below | | | |
| 7/22/20 | 1/28 well blowout equipment destroyed on location | Field Supplies | 132,481.84 | | | | |

**Well Head Intervention Equipment and Field Supplies Destroyed on Blowout**
- Generac XD5000E diesel generator
- (2) SPX electric torque pumps
- 20' 0 torque hose
- 100' 10 gauge extension cord
- (2) Torsion X 2HP piston
- (2) Torsion X 2HP wrench head 2 3/16"
- (2) Enerpac W4 piston
- (2) Enerpac W4 wrench head 2 3/16"
- 160-1600 FT LB LOW PROFILE POWER HEAD
- 1-5/8" AF RATCHET TORQUE LINK
- 1-7/16" AF RATCHET TORQUE LINK
- 1-13/16" AF RATCHET TORQUE LINK
- 2" AF RATCHET TORQUE LINK
- 2-3/16" AF RATCHET TORQUE LINK
- 390-3999 FT LB LOW PROFILE POWER HEAD
- 2-3/8" AF RATCHET TORQUE LINK
- 2-9/16" AF RATCHET TORQUE LINK
- 2-15/16" AF RATCHET TORQUE LINK
- Wachs 2-8" sply frame cutter (69-5000-08)
- (2) chain hoist-AMHX5L
- Myers test unit (plate number 725-2901)
- (2) 50' 0 15K water blast hoses
- (2) 15K female screw together quick disconnect set
- 20' 20K X" HP hose
- 15 or 20K chart recorder
- variety of autoclave fittings
- 30 CFM air compressor(SN:20-234421)

Statement of Financial Affairs

Part 6 – Certain Payments or Transfers

Section 11 – Payments related to bankruptcy

| Buyer | Address | Relationship | Item | Date | Sales Price |
|---|---|---|---|---|---|
| 7 Compression | 5636 Shirley Dr, Tyler, TX 75708 | 3rd party | 2019 Ford F250 VIN 1FT7W2BT8KED63541 | 08/26/20 | $ 52,501.57 |
| Caribe Truck Sales | 3100 E Pioneer Pkwy, Arlington, TX 76010 | 3rd party | 2019 Ford F250 VIN 1FT7W2BT4KED26020 | 08/26/20 | $ 29,000.00 |
| Caribe Truck Sales | 3100 E Pioneer Pkwy, Arlington, TX 76010 | 3rd party | 2018 Ford F250 VIN 1FT7W2BT0JEB28680 | 08/26/20 | $ 29,000.00 |
| Caribe Truck Sales | 3100 E Pioneer Pkwy, Arlington, TX 76010 | 3rd party | 2019 Ford F250 VIN 1FT7W2BT0KEC69153 | 11/02/20 | $ 35,000.00 |
| Caribe Truck Sales | 3100 E Pioneer Pkwy, Arlington, TX 76010 | 3rd party | 2019 Ford F250 VIN 1FT7W2BT0KEC55432 | 11/02/20 | $ 35,000.00 |
| Caribe Truck Sales | 3100 E Pioneer Pkwy, Arlington, TX 76010 | 3rd party | 2019 Ford F250 VIN 1FT7W2BT2KEC69154 | 11/02/20 | $ 35,000.00 |
| Caribe Truck Sales | 3100 E Pioneer Pkwy, Arlington, TX 76010 | 3rd party | 2019 Ford F250 VIN 1FT7W2BT0KEC89693 | 11/02/20 | $ 35,000.00 |
| Citadel Casing Solutions | 800 Northpark Central Dr #200, Houston, TX 77073 | 3rd party | 2017 Ford F250 VIN 1FT7W2BT9HEC87336 | 08/19/20 | $ 24,113.00 |
| David Cobb | 18615 Belle Cote Dr, Crosby, TX 77532 | Employee | 2019 Big Tex Utility Trailer | 08/19/20 | $ 1,200.00 |
| James Harris | PO Box 343, Navasota, TX 77868 | 3rd party | Gooseneck Trailer VIN 16VGX2528J6015252 | 05/15/20 | $ 6,000.00 |
| Jeff Rangel | 5499 FM 1774 Rd, Anderson, TX 77830 | Employee | Trailer | 11/12/19 | $ 500.00 |
| Jennifer Black | 6409 CR 1126, Godley, TX 76044 | Employee | 2016 Ford F150 VIN 1FTEW1EF2GKF34185 | 05/11/20 | $ 12,650.00 |
| PELICAN WELL SERVICES | Unit 14, 37 Mcdonald St, Windsor, Qld, 4030, Australia | 3rd party | SADDLE SEAL TIP | 06/23/20 | $ 2,404.18 |
| PELICAN WELL SERVICES | Unit 14, 37 Mcdonald St, Windsor, Qld, 4030, Australia | 3rd party | SADDLE SEAL TIP | 06/23/20 | $ 1,986.07 |
| PELICAN WELL SERVICES | Unit 14, 37 Mcdonald St, Windsor, Qld, 4030, Australia | 3rd party | SADDLE SEAL TIP | 06/23/20 | $ 2,613.23 |
| PELICAN WELL SERVICES | Unit 14, 37 Mcdonald St, Windsor, Qld, 4030, Australia | 3rd party | 5K HARD SADDLE | 06/23/20 | $ 2,613.23 |
| PELICAN WELL SERVICES | Unit 14, 37 Mcdonald St, Windsor, Qld, 4030, Australia | 3rd party | 5K HARD SADDLE | 06/23/20 | $ 3,240.42 |
| PELICAN WELL SERVICES | Unit 14, 37 Mcdonald St, Windsor, Qld, 4030, Australia | 3rd party | SPARE CHAIN | 06/23/20 | $ 1,567.95 |
| PELICAN WELL SERVICES | Unit 14, 37 Mcdonald St, Windsor, Qld, 4030, Australia | 3rd party | CHAIN BREAKER PLATE | 06/23/20 | $ 574.92 |
| Resell CNC | 2600 Maitland Center Pkwy, Ste 275, Maitland, FL 32751 | 3rd party | Mazak E420HST | 04/16/20 | $234,000.00 |
| Resell CNC | 2600 Maitland Center Pkwy, Ste 275, Maitland, FL 32751 | 3rd party | VF-3YT/50 | 04/24/20 | $ 30,000.00 |
| Rohnny Steele | 10249 IH 45 South Feeder, Centerville, TX 75299 | Employee | Trailer VIN 16VGX202X52347584 | 08/08/19 | $ 2,656.25 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2015 GMC 2500HD VIN#1GT12XE89FF196581 | 09/12/19 | $ 14,800.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2016 CHVY 2500HD VIN#1GC1KVE82GF114048 | 09/12/19 | $ 19,000.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2015 CHVY 2500HD VIN#1GC1KUE80FF57109 | 09/12/19 | $ 22,500.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2015 CHVY 2500HD VIN#1GC1KUE83FF571766 | 09/12/19 | $ 18,500.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2016 RAM 2500 4WD VIN#3C6UR5JL5GG284672 | 12/28/19 | $ 15,000.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2017 Ford F250 VIN 1F7W2BT8HEC99347 | 04/17/20 | $ 21,500.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2018 Ford F250 VIN 1FT7W2BT1JEB65137 | 04/17/20 | $ 23,500.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2017 Ford F350 VIN 1FT8W3BT9HEE44826 | 04/17/20 | $ 24,000.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2017 Ford F250 VIN 1FT7W2BTXHED52582 | 04/17/20 | $ 22,700.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2018 Ford F250 VIN 1FT7W2BT9JEB28709 | 04/17/20 | $ 21,900.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2017 Ford F250 VIN 1FTEW1EF7HKC43263 | 04/17/20 | $ 22,000.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2018 Ford F250 VIN 1FT7W2BTXHE95256 | 05/19/20 | $ 14,000.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2017 Ford F250 VIN 1FT7W2BT5HED08179 | 05/19/20 | $ 23,000.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2017 Ford F250 VIN 1FT7W2BT3JEB59507 | 05/19/20 | $ 20,000.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2017 Ford F250 VIN 1FT7W2BT5HED08178 | 05/19/20 | $ 18,300.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2018 Ford F250 VIN 1FT7W2BT3JEB65142 | 05/19/20 | $ 19,300.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2018 Ford F250 VIN 1FT7W2BT1JEB88919 | 05/19/20 | $ 15,200.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2018 Ford F350 VIN 1FT8W3BTXJEB19172 | 05/19/20 | $ 22,000.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2016 Ford F150 VIN 1FTEW1EF8GKF66655 | 05/19/20 | $ 13,200.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2015 Ford F150 VIN 1FTEW1CF2FKE29258 | 06/18/20 | $ 12,000.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2017 Ford F150 VIN 1FTEW1EF2HKC41985 | 06/18/20 | $ 19,000.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2018 Ford F450 VIN 1FDU4HT8JDA01229 | 06/06/20 | $ 36,000.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2017 Ford F250 VIN 1FT7W2BT6HEF36398 | 10/19/20 | $ 39,000.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2017 Ford F350 VIN 1FT8W3BT3HED77740 | 10/19/20 | $ 31,500.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2018 Ford F250 VIN 1FT7W2BT4JED00368 | 10/19/20 | $ 32,000.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2018 Ford F250 VIN 1FT7W2BT7JEB59506 | 10/19/20 | $ 34,500.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2017 Ford F250 VIN 1FT7W2BTXHEE78635 | 10/19/20 | $ 36,000.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2017 Ford F250 VIN 1FT7W2BT4HEF34618 | 10/19/20 | $ 31,500.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2017 Ford F250 VIN 1FT7W2BT8HEC94469 | 11/02/20 | $ 28,000.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2018 Chevy 1500 VIN 3GCUKSEC1JG399718 | 11/02/20 | $ 30,000.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2019 Ford F250 VIN 1FT7W2BTXKED26037 | 11/02/20 | $ 35,000.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2019 Ford F250 VIN 1FT7W2BT0KEC87555 | 11/02/20 | $ 37,000.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2019 Ford F250 VIN 1FT7W2BT3KEC62598 | 11/02/20 | $ 37,000.00 |
| Team Ford of Navasota | 9965 Highway 6, Navasota, TX 77868 | 3rd party | 2019 Ford F250 VIN 1FT7W2BT4KEC55420 | 11/02/20 | $ 39,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Gate Drilling Machine M3 | 03/30/20 | 56,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Hot Tap Tool 13" | 03/30/20 | 23,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Hot Tap Tool 13" | 03/30/20 | 23,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Hot Tap Tool Accessories | 03/30/20 | 1,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Assortment of Saddles | 03/30/20 | 54,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Casing Threading Machine | 03/30/20 | 50,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Portable Flange Facer 18" | 03/30/20 | 25,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Portable Flange Facer 12" | 03/30/20 | 15,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Portable Flange Facer 8" | 03/30/20 | 10,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Side Door Gate Drilling Machine | 03/30/20 | 40,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Internal Casing Cutter | 03/30/20 | 25,000.00 |
| Jeff Rangel | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Ball Valve, 1" -10M, Piper, Double | 03/30/20 | 2,400.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Repair Kits, Piper | 03/30/20 | 1,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Service Trailer with Compressor | 03/30/20 | 8,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Slip Loc Head 4 1/2" x 4" 10M | 03/30/20 | 5,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Set of SKG Mills | 03/30/20 | 7,800.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Set of Flat BTM & Ball Mills | 03/30/20 | 20,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Diamond Core Mill, 1.5" | 03/30/20 | 500.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Diamond Core Mill, 1.5" | 03/30/20 | 500.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Hot Tap-Hydraulic Drive X-Over | 03/30/20 | 5,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Ring Groove Fixture | 03/30/20 | 5,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Magnetic Drill Package, Air Drive | 03/30/20 | 5,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Ball Valve, 1" -10M, Piper | 03/30/20 | 650.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Ball Valve, 1" -10M, Piper | 03/30/20 | 650.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Ball Valve, 1" -10M, Piper | 03/30/20 | 650.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Ball Valve, 1" -10M, Piper | 03/30/20 | 650.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Set of Ball Valves, 1" -6M, Triad | 03/30/20 | 800.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Set of Ball Valves, 1" -6M, Triad | 03/30/20 | 800.00 |

| | | | | | |
|---|---|---|---|---|---|
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Ball Valve, 1" - 10M, EMS | 03/30/20 | 1,500.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Ball Valve, 1" - 10M, EMS | 03/30/20 | 1,500.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Gang Boxes | 03/30/20 | 625.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Gang Boxes | 03/30/20 | 625.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Gang Boxes | 03/30/20 | 625.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Gang Boxes | 03/30/20 | 625.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Gang Boxes | 03/30/20 | 625.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Gang Boxes | 03/30/20 | 625.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Gang Boxes | 03/30/20 | 625.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Gang Boxes | 03/30/20 | 625.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | DSA's and Spools | 03/30/20 | 1,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | DSA's and Spools | 03/30/20 | 1,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | DSA's and Spools | 03/30/20 | 1,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | DSA's and Spools | 03/30/20 | 1,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | DSA's and Spools | 03/30/20 | 1,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | DSA's and Spools | 03/30/20 | 1,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | DSA's and Spools | 03/30/20 | 1,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | DSA's and Spools | 03/30/20 | 1,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | DSA's and Spools | 03/30/20 | 1,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | DSA's and Spools | 03/30/20 | 1,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | DSA's and Spools | 03/30/20 | 1,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | DSA's and Spools | 03/30/20 | 1,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | DSA's and Spools | 03/30/20 | 1,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | DSA's and Spools | 03/30/20 | 1,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | DSA's and Spools | 03/30/20 | 1,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | DSA's and Spools | 03/30/20 | 1,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | SPADE BAR 2" | 03/30/20 | 750.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | SPADE BAR 2.5" | 03/30/20 | 750.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | SPADE BAR 3" | 03/30/20 | 750.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Tubing Cutter | 03/30/20 | 49,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Construction in Process | 03/30/20 | 49,000.00 |
| EXTREME MACHINING SERVICES | 2407 C SOUTH HOUSTON AVE, HUMBLE, TX 77396 | Secured Creditor | Intangible Assets | 03/30/20 | 47,350.00 |

DocuSign Envelope ID: CAC1D912-5533-4252-8A29-BAEEE268105A

Statement of Financial Affairs

Part 13 – Details About the Debtor's Business or Connections to Any Business

Section 30 – Payments, distributions, or withdrawals credited or given to insiders

| Employee | Check Date | Check Num | Net Pay |
|---|---|---|---|
| BLACK, JENNIFER K. (3086802) | 11/8/19 | Voucher | 6,200.29 |
| BLACK, JENNIFER K. (3086802) | 11/22/19 | Voucher | 6,447.99 |
| BLACK, JENNIFER K. (3086802) | 12/6/19 | Voucher | 6,408.04 |
| BLACK, JENNIFER K. (3086802) | 12/20/19 | Voucher | 6,376.87 |
| BLACK, JENNIFER K. (3086802) | 1/3/20 | Voucher | 5,198.78 |
| BLACK, JENNIFER K. (3086802) | 1/17/20 | Voucher | 5,203.57 |
| BLACK, JENNIFER K. (3086802) | 1/31/20 | Voucher | 5,203.57 |
| BLACK, JENNIFER K. (3086802) | 2/14/20 | Voucher | 5,198.78 |
| BLACK, JENNIFER K. (3086802) | 2/28/20 | Voucher | 5,203.57 |
| BLACK, JENNIFER K. (3086802) | 3/13/20 | Voucher | 5,198.78 |
| BLACK, JENNIFER K. (3086802) | 3/27/20 | Voucher | 4,625.29 |
| BLACK, JENNIFER K. (3086802) | 4/10/20 | Voucher | 4,032.06 |
| BLACK, JENNIFER K. (3086802) | 4/24/20 | Voucher | 4,036.54 |
| BLACK, JENNIFER K. (3086802) | 5/8/20 | Voucher | 3,916.12 |
| BLACK, JENNIFER K. (3086802) | 5/22/20 | Voucher | 3,801.05 |
| BLACK, JENNIFER K. (3086802) | 6/5/20 | Voucher | 3,798.64 |
| BLACK, JENNIFER K. (3086802) | 6/19/20 | Voucher | 3,355.55 |
| BLACK, JENNIFER K. (3086802) | 7/3/20 | Voucher | 3,353.15 |
| BLACK, JENNIFER K. (3086802) | 7/17/20 | Voucher | 3,355.55 |
| BLACK, JENNIFER K. (3086802) | 7/31/20 | Voucher | 3,355.55 |
| BLACK, JENNIFER K. (3086802) | 8/14/20 | Voucher | 3,353.15 |
| BLACK, JENNIFER K. (3086802) | 8/28/20 | Voucher | 3,355.55 |
| BLACK, JENNIFER K. (3086802) | 9/11/20 | Voucher | 3,353.15 |
| BLACK, JENNIFER K. (3086802) | 9/25/20 | Voucher | 3,355.55 |
| BLACK, JENNIFER K. (3086802) | 10/9/20 | Voucher | 4,058.84 |
| BLACK, JENNIFER K. (3086802) | 10/23/20 | Voucher | 4,062.05 |

Jennifer Black                                       115,808.03   bi-weekly salary
6409 CR 1126
Godley TX 76044


Chief Financial Officer



| Employee | Check Date | Check Num | Net Pay |
|---|---|---|---|
| CLARK, MICHAEL L. (2932572) | 11/8/19 | Voucher | 7,950.93 |
| CLARK, MICHAEL L. (2932572) | 11/22/19 | Voucher | 7,966.08 |
| CLARK, MICHAEL L. (2932572) | 12/6/19 | Voucher | 7,950.93 |
| CLARK, MICHAEL L. (2932572) | 12/20/19 | Voucher | 7,966.08 |
| CLARK, MICHAEL L. (2932572) | 1/3/20 | Voucher | 6,889.97 |
| CLARK, MICHAEL L. (2932572) | 1/17/20 | Voucher | 6,908.17 |
| CLARK, MICHAEL L. (2932572) | 1/31/20 | Voucher | 6,908.17 |
| CLARK, MICHAEL L. (2932572) | 2/14/20 | Voucher | 6,889.97 |
| CLARK, MICHAEL L. (2932572) | 2/28/20 | Voucher | 6,908.17 |
| CLARK, MICHAEL L. (2932572) | 3/13/20 | Voucher | 6,889.97 |
| CLARK, MICHAEL L. (2932572) | 3/27/20 | Voucher | 6,141.46 |
| CLARK, MICHAEL L. (2932572) | 4/10/20 | Voucher | 5,354.51 |

| | | | |
|---|---|---|---|
| CLARK, MICHAEL L. (2932572) | 4/24/20 | Voucher | 5,371.55 |
| CLARK, MICHAEL L. (2932572) | 5/8/20 | Voucher | 5,204.31 |
| CLARK, MICHAEL L. (2932572) | 5/22/20 | Voucher | 5,055.82 |
| CLARK, MICHAEL L. (2932572) | 6/5/20 | Voucher | 5,039.89 |
| CLARK, MICHAEL L. (2932572) | 6/19/20 | Voucher | 4,568.78 |
| CLARK, MICHAEL L. (2932572) | 7/3/20 | Voucher | 4,552.85 |
| CLARK, MICHAEL L. (2932572) | 7/17/20 | Voucher | 4,568.78 |
| CLARK, MICHAEL L. (2932572) | 7/31/20 | Voucher | 4,568.78 |
| CLARK, MICHAEL L. (2932572) | 8/14/20 | Voucher | 4,624.58 |
| CLARK, MICHAEL L. (2932572) | 8/28/20 | Voucher | 4,969.72 |
| CLARK, MICHAEL L. (2932572) | 9/11/20 | Voucher | 4,957.12 |
| CLARK, MICHAEL L. (2932572) | 9/25/20 | Voucher | 4,969.72 |
| CLARK, MICHAEL L. (2932572) | 10/9/20 | Voucher | 5,987.51 |
| CLARK, MICHAEL L. (2932572) | 10/23/20 | Voucher | 6,005.29 |

Michael Clark                                        155,169.11   bi-weekly salary
18723 Grand Harbor Pt
Montgomery, TX 77356

Chief Executive Officer