## United States Bankruptcy Court

**IN RE:**  Case No. 20-35474

Eagle PCO LLC

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Eagle Pressure Control, LLC 8795 Ralston Rd., Suite 233, Arvada, CO 80002 | 100 | Managing member |