

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

ENTERED
01/15/2021

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| EAGLE PCO LLC | § | Case Nos. 20-35474 |
| | § | |
| DEBTOR. | § | |
| | § | |
| GRANT BLAKE, | § | PRELIMINARY HEARING ON |
| | § | MOTION FOR RELIEF FROM STAY |
| MOVANT | § | |
| | § | |
| | § | |
| VS. | § | Date |
| | § | Time |
| EAGLE PCO LLC, | § | |
| | § | |
| DEBTOR-RESPONDENT | § | |

### UNOPPOSED ORDER LIFTING AUTOMATIC STAY FOR GRANT BLAKE'S CLAIM

On this day, came on for consideration the Motion (the "Lift Stay Motion") for Relief from Stay by Grant Blake ("Blake") seeking relief from the automatic stay set forth in § 362 of the Bankruptcy Code to permit Blake to proceed with Cause No. 153-318323-20; *Grant Blake v. Eagle PCO LLC d/b/a Eagle Pressure Control, LLC and/or the Entity that Employed Plaintiff as of April 18, 2019,* and any related civil action limiting Blake's recovery to any relief provided by any policy of insurance of the debtor, including but not limited to, the Debtor's Employment Practices Liability Insurance Policy. Based upon a review of the pleadings on file and the representations of counsel, it appears that Blake and the Debtor have reached an agreement to modify the automatic stay. Therefore, it is

ORDERED that the Lift Stay Motion is hereby granted to the extent set forth herein; and it is further

ORDERED that the automatic stay set forth in § 362 of the Bankruptcy Code is hereby lifted with respect to Blake's claims against Debtor in Cause No. 153-318323-20; *Grant Blake v. Eagle PCO LLC d/b/a Eagle Pressure Control, LLC and/or the Entity that Employed Plaintiff as of April 18, 2019* and any related claims; and it is further

ORDERED that the automatic stay is further modified to allow Blake to proceed with collection efforts of any judgment obtained or settlement, provided that such collection efforts shall be limited to the proceeds of any insurance policies covering the Debtor for the matters alleged by Blake, if any; and it is further

ORDERED that Blake hereby waives the right to collect or enforce any judgment or claim against the estates of Debtor and agrees that he will pursue the collection of his claims only from the proceeds of any insurance policies covering the Debtor; and it is further

ORDERED that the proof of claim filed by Blake in this proceeding is withdrawn; and is further

ORDERED that, except to the extent set forth above, the automatic stay remains in full force and effect.

Signed: January 15, 2021

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge