

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/25/2021

| | | |
|---|---|---|
| In re | § | |
| | § | No. 20-35474 |
| EAGLE PCO LLC, et al.[1] | § | Chapter 11 |
| | § | Jointly Administered |
| *Debtor.* | § | |

## ORDER AUTHORIZING EMPLOYMENT OF SPECIAL LITIGATION COUNSEL

The Court, having considered the Application to Employ Phelps Dunbar, LLP (the "Firm") as Special Litigation Counsel Pursuant to 11 U.S.C. § 328(a), filed by the Debtor, Eagle PCO LLC, (the "Movant"), is of the opinion that the requested relief is in the best interest of the estate and its creditors; that the Firm represents no interest adverse to the estate in the matters upon which they are to be engaged and are disinterested persons within the definition of 11 U.S.C. § 101(14); and that the application should be approved.

IT IS THEREFORE ORDERED THAT:

1. The Debtor-in-Possession's Application to Employ Phelps Dunbar, LLP as Special Litigation Counsel is approved subject to the conditions listed in this Order, both Eagle PCO LLC and Eagle Pressure Control LLC, as Debtors-in-Possession, are authorized to employ Phelps Dunbar, LLP as special litigation counsel in accordance with the terms and provisions of the Application.

2. The Court approves the designation of Michael E. Streich as the attorney-in-charge.

3. Neither the Debtors nor the Estates shall be required to pay any invoice of Phelps Dunbar, LLP until an amended application to employ is filed and approved.

---

[1] The Debtors in these Chapter 11 cases are: (a) Eagle PCO LLC (No. 20-35474) and (b) Eagle Pressure Control LLC (No. 20-35475).

    4. Phelps Dunbar, LLP shall not be allowed to withdraw from representing the Debtors until such withdrawal is authorized by Court order.

Signed: January 25, 2021

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge